■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH LINDSLEY, Appellant. [881 NYS2d 360]—Appeal by the defendant, as limited by his motion, from a sentence of the County

Court, Orange County (Freehill, J.), imposed May 28, 2000, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Angiolillo and Belen, JJ., concur.